IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ERIC B. GREGORY, SR.,

      Appellant,

v.

      Case No.  5D23-1115
      LT Case No. 2011-CF-012600A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 2, 2023

3.800 Appeal from the Circuit Court
for Duval County,
London M. Kite, Judge.

Eric B. Gregory, Sr., Madison, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


BOATWRIGHT, KILBANE and PRATT, JJ., concur.